FILE ... OFFICE
U... ...ta

**ORIGINAL**

**IN THE UNITED STATES DISTRICT COURT**   OCT 27 2003
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

*W Roe*
... Clerk

| | | |
|---|---|---|
| UNIMED PHARMACEUTICALS, INC.,<br>a Delaware corporation, and<br>LABORATORIES BESINS<br>ISCOVESCO, a Delaware corporation, | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | CIVIL ACTION FILE |
| vs. | ) <br> ) | NO. 1:03-CV-2501-TWT |
| WATSON PHARMACEUTICALS, INC.,<br>a Nevada corporation, | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

## DEFENDANT WATSON PHARMACEUTICALS, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant

Watson Pharmaceuticals, Inc. ("Watson") states that it has no parent corporation

and that no publicly held entity owns 10 percent or more of Watson's stock.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By:_____
David A. Rabin
Georgia Bar No. 591469

1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000
Fax: (404) 365-9532

*(Signature Page Continued on Next Page)*

- 2 -

*(Signature Page Continued From Previous Page)*

OF COUNSEL:

Barry S. White, Esq.
Steven M. Amundson, Esq.
Daniel G. Brown, Esq.
John G. Taylor, Esq.
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Telephone:  (212) 588-0800

Attorneys for Defendant

#1084887 v1 - Rule 7.1 Disclosure

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| vs. | ) ) | NO. 1:03-CV-2501-TWT |
| WATSON PHARMACEUTICALS, INC., a Nevada corporation, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing "DEFENDANT WATSON PHARMACEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT" upon:

> Jerry B. Blackstock, Esq.
> Leslie B. Zacks, Esq.
> Hunton & Williams, LLP
> 4100 Bank of America Plaza
> 600 Peachtree Street, N.E.
> Atlanta, Georgia 30308-2216
>
> James R. Ferguson, Esq.
> Mayer, Brown, Rowe & Maw LLP
> 190 South LaSalle Street
> Chicago, Illinois 60603

by having copies of same mailed via the U.S. Mail, properly addressed and with

postage prepaid.

This $\underline{27}^{th}$ day of October, 2003.

_____
David A. Rabin
Georgia Bar No. 591469

MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000

#1084887 v1 - Rule 7.1 Disclosure