# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

MAY 3 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware Corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware Corporation, <br><br> Plaintiffs, <br> v. <br><br> PADDOCK LABORATORIES, INC., a Minnesota Corporation, <br><br> Defendant. | Civil Action No. <br> File No. 1:03-CV-2503-TWT |
| UNIMED PHARMACEUTICALS, INC., a Delaware Corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware Corporation, <br><br> Plaintiffs, <br> v. <br><br> WATSON PHARMACEUTICALS, INC., a Nevada Corporation, <br><br> Defendant. | Civil Action No. <br> File No. 1:03-CV-2501-TWT |

**ORDER**

This matter having come before the Court at the joint status conference held on February 26, 2004 and the Court having heard and considered presentations by all parties, and

IT APPEARING TO THE COURT that, due to the complexity of issues to be resolved in each of these matters and for good cause shown, the parties require relief from certain discovery limitations imposed by the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the pre-trial schedule in both of these cases shall be as set forth in the Stipulation of each of the parties dated February 25, 2004,

IT IS HEREBY ORDERED that the parties are relieved from certain discovery limitations imposed by the Federal Rules of Civil Procedure in the present lawsuit as follows:

1. With regard to Fed. R. Civ. P. 30(a)(2)(A), Defendant Paddock and Defendant Watson may each take up to twelve (12) depositions, and the Plaintiffs may take up to a total of fifteen (15) depositions in both cases together, before necessitating leave of Court for additional depositions under this rule. When both counsel for Paddock and counsel for Watson attend a deposition which one or both of them have sought, the deposition shall count as one (1) deposition for either Paddock or Watson (for purposes of calculating 12 each), and thus shall not count as one deposition for both Paddock and Watson. Depositions of expert witnesses shall not count toward any of these limitations. These limitations can be enlarged by consent.

2. With regard to Fed. R. Civ. P. 30(d)(2), depositions conducted in these lawsuits (of any witness, including experts) will be limited not to the default seven (7) hours under this Rule but to ten (10) hours each. The ten hour

time period may be adjusted by consent of the parties, who shall make reasonable accommodations as needed.

If a party should determine additional depositions are necessary, or that the limitation upon the length of a deposition should be modified, if the parties cannot reach a consensual resolution of the issue, the Court will entertain such requests at that time.

SO ORDERED this _3_ day of ~~April~~ *May*, 2004.

_____
Judge Thomas W. Thrash
U.S.D.C., Northern District
of Georgia

Prepared and submitted by:
**GREENBERG TRAURIG, LLP**

_____
Mark G. Trigg
Georgia Bar No. 716295
Ernest L. Greer
Georgia Bar No. 309180
Hayden Pace
Georgia Bar No. 558595
The Forum, Suite 400
3290 Northside Parkway, N.W.
Atlanta, Georgia 30327
Ph. (678) 553-2100
Fx. (678) 553-2212

-and-

Albert L. Jacobs, Jr. (Admitted *pro hac vice*)
Daniel A. Ladow (Admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
Ph. (212) 801-2100
Fx. (212) 688-2449

Counsel for Defendant Paddock
Laboratories, Inc.


**HUNTON & WILLIAMS LLP**

Leslie B. Zacks (by H. Pace w/ express authority)
_____
Jerry B. Blackstock
Georgia Bar No. 061000
Leslie B. Zacks
Georgia Bar No. 0784110
Bank of America Plaza
Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Ph. (404) 888-4000
Fx. (404) 888-4190

-and-

James R. Ferguson
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, Illinois 60603
Ph. (312) 782-0600
Fx. (312) 701-7711

Counsel for Plaintiffs Unimed

Pharmaceuticals, Inc. and
Laboratories Besins Iscovesco


**MORRIS, MANNING & MARTIN LLP**

_____David A. Rabin_____ (by H. Pace w/ express authority)
David A. Rabin
Georgia Bar No. 591469
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Ph. (404) 233-7000
Fx. (404) 365-9532

-and-

Barry S. White
Steven M. Amundson
John G. Taylor
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
Ph. (212) 588-0800
Fx. (212) 588-0500

Attorneys for Defendant Watson
Pharmaceuticals, Inc.