IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., ) <br> a Delaware Corporation, and ) <br> LABORATORIES BESINS ) <br> ISCOVESCO, a Delaware Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WATSON PHARMACEUTICALS, INC., ) <br> a Nevada corporation, ) <br> ) <br> Defendant. ) | Civil Action <br> File No. 1:03-CV 2501-TWT |

FILED IN CHAMBERS
THOMAS W THRASH JR
U S D C   Atlanta

JUL 2 ? 2004

LUTHER D THOMAS, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., ) <br> a Delaware Corporation, and ) <br> LABORATORIES BESINS ) <br> ISCOVESCO, ) <br> a Delaware Corporation ) <br> ) <br> Plaintiffs, ) <br> ) <br> v ) <br> ) <br> PADDOCK LABORATORIES, INC., ) <br> a Minnesota corporation, ) <br> ) <br> Defendant. ) | Civil Action <br> File No. 1:03-CV 2503-TWT |

## **ORDER**

The present discovery dispute concerns the scope of electronic discovery. This matter came before the Court on July 12, 2004. The Court, having considered all parties' correspondence, exhibits thereto and argument of counsel, hereby finds that electronic discovery should be reasonably limited in this matter so as to minimize the parties' burden in connection with obtaining, reviewing and producing relevant and responsive electronic data. Accordingly, the Court finds that the terms included in the attached Exhibit A shall be searched in connection with Plaintiffs' potentially responsive electronic data. Plaintiffs are further instructed to search for these terms in connection with the electronic data associated with the individuals identified in Exhibit A.

Moreover, the Court finds that the terms included in the attached Exhibit B shall be searched in connection with Defendants' potentially responsive electronic data. In addition, Defendants shall search for these terms in connection with the electronic data associated with the individuals identified in Exhibit B.

The parties are ordered to meet and confer regarding any additional users whose electronic data is to be searched.

After the production and review of the electronic data produced by Plaintiffs, if Defendants allege that Plaintiffs have failed to produce responsive

electronic data, Plaintiffs shall conduct a limited sampling of back-up tapes with broader concepts. Defendants shall bear the cost associated with this sampling. If substantial additional relevant and responsive electronic data is discovered, then the Court will entertain a motion for reconsideration.

IT IS SO ORDERED, this 22 day of July, 2004.

Thomas W. Thrash
United States District Judge

Prepared By:

Jerry B. Blackstock
Georgia Bar No. 061000
Leslie B. Zacks
Georgia Bar No 784110
Hunton & Williams LLP
4100 Bank of America Plaza
600 Peachtree Street
Atlanta, Georgia 30308
Telephone: (404) 888-4235
Facsimile: (404) 888-4190

*Attorneys for Plaintiffs*

**EXHIBIT A**

**CHARACTER STRINGS/SEARCH TERMS/KEY USERS FOR FILTERING PLAINTIFFS' E-MAILS**

**AGREED TERMS**

andro

gel

testo

DHT

Hypogonad

6,503,894 OR 6503894

641,777 OR 651777

94RD12

swerdloff

wang

IND AND (377 OR 483 OR 234 OR 859 OR Wiswell OR Sattler)

NDA AND 015

ANDA AND (737 OR 744)

Andractim

sodium hydroxide [derivative(s) naoh, sodium, soude, hydroxide]

isopropyl myristate [derivative(s) isopropyl, myristate, isopropyle, MIP, MYR, IPM]

clinical [derivative(s) clinique] AND (011 OR 012 OR 017 OR 022 OR 023 OR 035 OR 037 OR 038 OR 039 OR 043 OR 044 OR 045 OR 046 OR 048 OR 055 OR 058 OR 065 OR 943 OR 948 OR UMD OR ESTEEM OR Wiswell OR Sattler)    (*AGREED*)

protocol [derivative(s) protocole] AND (011 OR 012 OR 017 OR 022 OR 023 OR 035 OR 037 OR 038 OR 039 OR 043 OR 044 OR 045 OR 046 OR 048 ORUMD OR 055 OR 058 OR 065 OR 943 OR 948 OR ESTEEM OR Wiswell OR Sattler)    (*AGREED*)

"blood level" **OR** "serum concentration" **OR** "plasma concentration [derivative(s)" "taux sanguin" **OR** "concentration sérique" **OR** "concentration plasmatique"]

## PLAINTIFFS' SUGGESTED LIMITATIONS TO DISPUTED TERMS:

patent [derivative(s) brevet) **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

application [derivative(s) demande, requête, dépôt, déposer, déposé] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

license [derivative(s) licence] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

agreement [derivative(s) contract, contrat] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

stability [derivative(s): stabilité, stable] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

generic [derivative(s). générique] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

sale [derivative(s) sell, sold, market, vente, vendre, vendu, commercialiser, commercialisation] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

purchase [derivative(s) buy, bought, acheter, acheté, achat] **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

mahoney **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

2

masini **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

dodd **AND** (hypogonad* **OR** *testo* **OR** andro* **OR** t or t-gel **OR** tgel **OR** "isopropyl myristate" **OR** IPM **OR** "sodium hydroxide" **OR** "NaOH" **OR** "gelling agent" **OR** carbopol **OR** carbomer **OR** "polyacrylic acid")

## PLAINTIFFS' KEY E-MAIL USERS[1]

Robert Dudley
Sandy Faulkner
Gary Ringham
S. George Kottayil
Jean-Louis Anspach
David E. Riggs
Michelle Alm
Bruno de Lignieres
Olivier Palatchi
Antoine Besins
Daniel L'Haridon
Jay Bua
Benoit Agnus
Anne-Marie Catherine
Flore Pericand-Savary
Sandrine Hosch
Dominique Salin-Drouin
Isabelle Hardouin
Florence Hainque
Ronald Goode
Valerie Masini Eteves
Brigitte Taravella
Robert Solheim
Christelle Bobinet
Georges Loric
Judy Athey
Donald Peckels

---

[1] Defendants may add an additional 6 to even the number requested by Plaintiffs

# EXHIBIT B

## CHARACTER STRINGS/SEARCH TERMS/KEY USERS FOR FILTERING DEFENDANTS' E-MAILS

gel

"testosterone [or] T-gel [or] tgel [or] T [or] $C_{19}H_{28}O_2$ [or] 17-beta hydroxyandrost-4-en-3-one [or] hydroxyandrostenone [or] andro* [or] *testo*

DHT [or] dihydrotestosterone [or] androstanolone [or] stanolone [or] Andractim

Androgel [or] AndroGel [or] andro*[or] *testo*

hypogonadism

Unimed

Solvay

"Watson's Gel [or] "Pouched Testosterone Drug" [or] "Generic Testosterone Topical Gel" [or] "Watson's Product Gel"

[ANDA or NDA or IND] AND testosterone

[Unimed* or Besins*] AND [*894 w/5 patent]

enhancer [or] enhancers [or] enhanced [or] enhance

"isopropyl myristate [or] IPM

"sodium hydroxide" [or] NaOH

"Testosterone replacement therapy" [or] TRT

(foil [or] pouch [or] packet [or] sachet [or] container [or] packag*) AND (*testo* [or] andro* [or] "8703")

Carbopol [or] carbomer [or] gelling agent

"blood levels" [or] "serum concentration" [or] "plasma concentration"

Cellegy [or] Fortigel [or] Tostrex [or] Tostrelle

Androderm

Testim

"Project 8703" [or] "Project ? 8703"

"8703" AND (*testo* [or] andro*)

## DEFENDANTS' KEY E-MAIL USERS

Watson's Target E-Mail Users

Charles Ebert
Norman Mazer
William Good
Jonathan Siddoway
Sal Rifaat
Martin Salotto
Danyi Quan
Ahmed Hamdy
Scott Gochnour
Wayne Meikle
Wanda Williams
David Grimshaw
Kevin Munk
V Srinivasan
Sanjay Sharma

Paddock's Target E-Mail Users

Mary Beth Erstad
Pete Zeleny
John Harr
Brad Kostial
Janine Kelle
Troy Trboyevich
Teresa Surrell
Kyle Streich
Keith Acker
Joann Zilka
Bruce Paddock
Maureen Rath
Kara Goodnature