FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 03 2004

LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., ET AL., | DOCKET NUMBER 1:03-CV-2501-TWT |
| PLAINTIFFS, | |
| VS. | ATLANTA, GEORGIA OCTOBER 21, 2004 10:00 A.M. |
| WATSON PHARMACEUTICALS, INC., | |
| DEFENDANT. | |
| UNIMED PHARMACEUTICALS, INC., ET AL., | DOCKET NUMBER 1:03-CV-2503-TWT |
| PLAINTIFFS, | |
| VS. | ATLANTA, GEORGIA OCTOBER 21, 2004 10:00 A.M. |
| PADDOCK LABORATORIES, INC., | |
| DEFENDANT. | |

              TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE THOMAS W. THRASH, JR.,
              UNITED STATES DISTRICT JUDGE.


OFFICIAL COURT REPORTER:    DARLA J. COULTER
                            2188 U.S. COURTHOUSE
                            75 SPRING STREET, SW
                            ATLANTA, GEORGIA 30303
                            (404)215,1558


TRANSCRIPT RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT PRODUCED BY COMPUTER