# EXHIBIT B HAS BEEN FILED UNDER SEAL