UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,503,894 B1                                                         Page 1 of 2
DATED        : January 7, 2003
INVENTOR(S)  : Dudley, Robert E., Kottayil, S. George and Palatchi, Olivier

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 5,
Line 23, delete "fluoxyrnesterone" and insert -- fluoxymesterone --, therefor.
Line 33, delete "while" and insert -- While --, therefor.

Column 7,
Line 55, delete "transdernal" and insert -- transdermal --, therefor.

Column 12,
Line 2, delete "chiormadinone" and insert -- chlormadinone --, therefor.

Column 15,
Line 43, delete "urine." and insert -- urine --, therefor.

Column 16,
Line 2, delete "received." and insert -- received --, therefor.

Column 19,
Line 22, delete "transdermnal" and insert -- transdermal --, therefor.

Column 21,
Line 12, delete "under responders" and insert -- under-responders --, therefor.

Column 30,
Line 29, delete "assay," and insert -- assay --, therefor.

Column 33,
Line 67, delete "hypogpnadism" and insert -- hypogonadism --, therefor.

Column 45,
Line 58, delete "exercises" and insert -- exercises. --, therefor.
Line 66, delete "form" and insert -- form. --, therefor.

Column 47,
Line 4, delete "transdernal" and insert -- transdermal --, therefor.
Line 5, delete "by [in]" and insert -- in --, therefor.

Column 49,
Line 33, delete "myristate. binds" and insert -- myristate binds --, therefor.
Line 54, delete "Th" and insert -- The --, therefor.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,503,894 B1                                                     Page 2 of 2
DATED        : January 7, 2003
INVENTOR(S)  : Dudley, Robert E., Kottayil, S. George and Palatchi, Oliver

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 49 (cont'd),
Line 66, after "d. about 1% to about 5%" insert -- 0.1 N --, therefor.

Column 50,
Line 32, after "d. about 1% to about 3%" insert -- 0.1 N --, therefor.
Line 45, after "d. about 1% to about 5%" insert -- 0.1 N --, therefor.

Column 51,
Line 3, after "a. providing a", delete "phannaceutical" and insert -- pharmaceutical --, therefor.
Line 8, after "(iv.) about 1% to about 5%" insert -- 0.1 N -- therefor.

Column 52,
Line 5, after "a. providing a", delete "pharmnaceutical" and insert -- pharmaceutical --, therefor.

Signed and Sealed this

Sixteenth Day of December, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*