**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., a Nevada corporation, and PADDOCK LABORATORIES, INC., a Minnesota corporation, <br><br> Defendants. | Nos.  1:03-CV-2501 TWT <br> 1:03-CV-2503 TWT |

**MOTION TO FILE UNDER SEAL**

Plaintiffs Unimed Pharmaceuticals, Inc. and Laboratories Besins Iscovesco move for an Order directing that Plaintiffs' Memorandum on Claim Construction Brief submitted on July 25, 2005 should be filed in a sealed, tamper-evident, descriptive envelope which should not be opened except by the Court, or upon Order of the Court, or by Stipulation between the parties. The Brief, which was entered in public record, contains information Defendants claim is proprietary information relating to the composition of Defendants' proposed testosterone gel products. Plaintiffs further move that a redacted version of the Brief, attached hereto as Exhibit 1, be entered in the public record.

In order to maintain confidentiality, this motion should be granted in all respects. A proposed Order is attached as Exhibit 2.

Counsel for Plaintiffs have reached agreement with counsel for Defendants on the matters set forth in this motion.

Dated: July 29, 2005          Respectfully submitted

/s/ James R. Ferguson
Jerry B. Blackstock   Georgia Bar No. 061000
HUNTON & WILLIAMS, LLP
4100 Ban of America Plaza
600 Peachtree Street NE
Atlanta, Georgia 30308
(404) 888-4000
(404) 888-4190 – Facsimile


James R. Ferguson
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – Facsimile

*Attorneys for Plaintiffs UNIMED PHARMACEUTICALS, INC. and LABORATORIES BESINS ISCOVESCO*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2005, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **MOTION TO FILE UNDER SEAL** was served on the parties in this action by facsimile with a confirmation copy sent by United States Postal Service, First Class Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| David A. Rabin<br>Morris, Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br>Telephone: (404) 233-7000<br>Facsimile: (404)365-9532<br>Facsimile: (212) 688-2449 | Daniel A. Ladow<br>Magnus Essunger<br>Greenberg Traurig LLP<br>Met Life Building<br>200 Park Ave. 34th Floor<br>New York, NY 10166<br>Telephone: (212) 801-2181 |
| Barry S. White<br>Steven M. Amundson<br>John G. Taylor<br>Joyce W. Luk<br>Frommer, Lawrence & Haug, LLP<br>745 Fifth Avenue<br>New York, New York 10151<br>Telephone: (212) 588-0800<br>Facsimile: (212)588-0500 | Mark G. Trigg<br>Greenberg Traurig LLP<br>The Forum<br>3290 Northside Parkway – Suite 400<br>Atlanta, Georgia 30327<br>Telephone: ( 678) 553-2100<br>Facsimile: (678) 553-2416 |

Executed on July 29, 2005, at Chicago Illinois

　　　　　　　　　　　　　　　　　　　　　　　/s/ James R. Ferguson

5093194