IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., a Nevada corporation, and PADDOCK LABORATORIES, INC., a Minnesota corporation, <br><br> Defendants. | Nos.  1:03-CV-2501 TWT <br> 1:03-CV-2503 TWT |

### [PROPOSED[ ORDER

WHEREAS, the Court having considered the Motion to File Under Seal by Plaintiffs Unimed Pharmaceuticals, Inc. and Laboratories Besins Iscovesco :

IT IS HEREBY ORDERED this ____ day of July, 2005 that the Motion is GRANTED and Plaintiffs' Memorandum on Claim Construction Brief should be filed under seal and the redacted version of the Brief accompanying Plaintiffs' Motion should be entered into public record.

_____
UNITED STATES DISTRICT JUDGE

5093196