**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Nos.  1:03-CV-2501 TWT 1:03-CV-2503 TWT |
| WATSON PHARMACEUTICALS, INC., a Nevada corporation, and PADDOCK LABORATORIES, INC., a Minnesota corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR FILING ORIGINAL DISCOVERY

Plaintiffs Unimed Pharmaceuticals, Inc. and Laboratories Besins Iscovesco hereby request that Watson Pharmaceuticals, Inc. and Paddock Laboratories, Inc. file with the Court, under seal, the following original deposition transcripts for use in connection with Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendants' Motions for Partial Summary Judgment of Invalidity of Claims 1-30.

1. Deposition of Dr. Charles D. Ebert, taken March 2, 2005; and

2. Deposition of Loyd V. Allen, Jr., Ph.D., taken July 1, 2005.

These transcripts contain information designated as Confidential and/or Restricted Confidential Information under the Confidentiality and Protective Order

-2-

that the Court entered on April 19, 2004 (Court Docket #31).  Plaintiffs respectfully request that the Court preserve the confidentiality of the information contained in the above transcripts by filing those documents under seal.

This 19th day of December, 2005.

/s/   Bradley W. Grout
Jerry B. Blackstock
Georgia Bar No. 061000
Bradley W. Grout
Georgia Bar No. 313950

HUNTON & WILLIAMS LLP
600 Peachtree Street, N.E., Suite 4100
Atlanta, Georgia 30308-2216
TEL:  (404) 888-4000
FAX: (404) 888-4190

Attorneys for Unimed Pharmaceuticals, Inc.
and Laboratories Besins Iscovesco

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Nos.  1:03-CV-2501 TWT         1:03-CV-2503 TWT |
| WATSON PHARMACEUTICALS, INC., a Nevada corporation, and PADDOCK LABORATORIES, INC., a Minnesota corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing **REQUEST FOR FILING ORIGINAL DEPOSITION TRANSCRIPTS** was served was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| David A. Rabin<br>Morris, Manning & Martin LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, Georgia 30326-1044<br><br>***Attorneys for the Defendant***<br>***Watson Pharmaceuticals, Inc.*** | Barry S. White<br>Frommer, Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, New York 10151<br><br>***Attorneys for the Defendant***<br>***Watson Pharmaceuticals, Inc.*** |
| Mark G. Trigg<br>Ernest L. Greer<br>Hayden Pace<br>Greenberg Traurig, LLP<br>The Forum Suite 400<br>3290 Northside Parkway, N.W.<br>Atlanta, Georgia 30327<br><br>***Attorneys for the Defendant***<br>***Paddock Laboratories, Inc.*** | Albert L. Jacobs, Jr.<br>Daniel A. Ladow<br>Greenberg Traurig, LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br><br>***Attorneys for the Defendant***<br>***Paddock Laboratories, Inc.*** |

This 19th day of October, 2005.

/s/   Bradley W. Grout
Jerry B. Blackstock
Georgia Bar No. 061000
Bradley W. Grout
Georgia Bar No. 313950

HUNTON & WILLIAMS LLP
600 Peachtree Street, N.E., Suite 4100
Atlanta, Georgia 30308-2216
TEL: (404) 888-4000
FAX: (404) 888-4190

Attorneys for Unimed Pharmaceuticals, Inc.
and Laboratories Besins Iscovesco
