## Product Specification     Carbopol® 934 NF Polymer


**HIGH PERFORMANCE POLYMERS**

- Carbopol 934 NF polymer meets the *USP 26/NF 21* monograph for "Carbomer 934"
- Carbopol 934 NF polymer meets the *Japanese Pharmaceutical Excipients* monograph for "Carboxyvinyl Polymer"

| | Specification | Lot Test Frequency[1] | Standard Test Procedure | |
|---|---|---|---|---|
| | | | Noveon, Inc.[2] | Compendial |
| **General:** | | | | |
| Appearance | White, fluffy powder | — | — | — |
| Odor | Slightly acetic | — | — | — |
| **1 Identification** | | | | |
| Colorimetric test | Pass | 1:200 | SA-026 | Ph. Eur. & USP/NF |
| Gel formation test | Pass | 1:1 | SA-027 | Ph. Eur. & USP/NF |
| **2 Carboxylic Acid Content** | | | | |
| Assay, % | 56.0-68.0 | 1:1 | 1318-A | Ph. Eur. & USP/NF |
| **3 Viscosity[3], cP** | | | | |
| 0.2% dispersion | 2,050-5,450 | 1:1 | 430-I | Ph. Eur. & USP/NF |
| 0.5% dispersion | 30,500-39,400 | 1:1 | 430-I | Ph. Eur. & USP/NF |
| **4 Loss on Drying, max. %** | | | | |
| Moisture Content | ≤ 2.0 | 1:1 | SA-004 | Ph. Eur. (2.2.32) & USP/NF |
| **5 Heavy Metals, max. ppm** | | | | |
| All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200 | SA-011 | Ph. Eur. (2.4.8) & USP/NF <231> Method II |
| Specific Metals: Hg, Pb, As, Sb | ≤ 10 | 1:200 | SA-012 | JPE |
| **6 Residual Solvent[4], max. ppm** | | | | |
| Benzene | 1,000 | 1:1 | SA-006 | USP/NF <467> |
| **7 Organic Volatile Impurities, max. ppm** | | | | |
| Benzene[5] | N/A | — | — | — |
| Chloroform[6] | ≤ 60 | — | — | Ph.Eur. (2.4.24) |
| 1,4 Dioxane[6] | ≤ 380 | — | — | Ph.Eur. (2.4.24) |
| Methylene Chloride[6] | ≤ 600 | — | — | Ph.Eur. (2.4.24) |
| Trichloroethylene[6] | ≤ 80 | — | — | Ph.Eur. (2.4.24) |
| **8 Residual Monomer, max. ppm** | | | | |
| Free Acrylic Acid | ≤ 2,500 | 1:1 | SA-005 | Ph. Eur. (2.2.29) |
| **9 Sulphated Ash, max. %** (or Residue on Ignition) | ≤ 2.5 | 1:200 | SA-014 | Ph. Eur. (2.4.14) |

[1] Where lot test frequency is less than 1:1, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures have been cross-validated with the identified compendial procedure(s), unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Benzene is the only solvent used in the manufacturing process of this product.
[5] Since the monograph specifies a limit for benzene, the OVI test limit for benzene is superceded by the monograph limit.
[6] These OVI are not used in the manufacturing process of this product.



**noveon**
The Specialty Chemicals Innovator®

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2003 Noveon, Inc.

Carbopol 934 NF.doc
January, 2003

WA 003711

EXHIBIT 50
Page 1

## Product Specification — Carbopol® 940 NF Polymer



**CARBOPOL®**
HIGH PERFORMANCE POLYMERS

- Carbopol 940 NF meets the *USP 26/NF 21* monograph for "Carbomer 940"
- Carbopol 940 NF meets the *Japanese Pharmaceutical Excipients* monograph for "Carboxyvinyl Polymer"

| | Specification | Lot Test Frequency[1] | Standard Test Procedure Noveon, Inc.[2] | Standard Test Procedure Compendial |
|---|---|---|---|---|
| **General:** | | | | |
| Appearance | White, fluffy powder | — | — | — |
| Odor | Slightly acetic | — | — | — |
| **1 Identification** | | | | |
| Colorimetric test | Pass | 1:200 | SA-026 | Ph. Eur. & USP/NF |
| Gel formation test | Pass | 1:1 | SA-027 | Ph. Eur. & USP/NF |
| **2 Carboxylic Acid Content** | | | | |
| Assay, % | 56.0-68.0 | 1:1 | 1318-A | Ph. Eur. & USP/NF |
| **3 Viscosity[3], cP** | | | | |
| 0.5% dispersion | 40,000-60,000 | 1:1 | 430-I | Ph. Eur. & USP/NF |
| **4 Clarity, % Transmission** | | | | |
| Neutralized 0.5% dispersion, 420 nm | ≥ 85 | 1:1 | 485-D | — |
| **5 Loss on Drying, max. %** | | | | |
| Moisture Content | ≤ 2.0 | 1:1 | SA-004 | Ph. Eur. (2.2.32) & USP/NF |
| **6 Heavy Metals, max. ppm** | | | | |
| All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200 | SA-011 | Ph. Eur. (2.4.8) & USP/NF <231> Method II |
| Specific Metals: Hg, Pb, As, Sb | ≤ 10 | 1:200 | SA-012 | JPE |
| **7 Residual Solvent[4], max. ppm** | | | | |
| Benzene | ≤ 1,000 | 1:1 | SA-006 | USP/NF <467> |
| **8 Organic Volatile Impurities, max. ppm** | | | | |
| Benzene[5] | N/A | — | — | — |
| Chloroform[6] | ≤ 60 | — | — | Ph. Eur. (2.4.24) |
| 1,4 Dioxane[6] | ≤ 380 | — | — | Ph. Eur. (2.4.24) |
| Methylene Chloride[6] | ≤ 600 | — | — | Ph. Eur. (2.4.24) |
| Trichloroethylene[6] | ≤ 80 | — | — | Ph. Eur. (2.4.24) |
| **9 Residual Monomer, max. ppm** | | | | |
| Free Acrylic Acid | ≤ 2,500 | 1:1 | SA-005 | Ph. Eur. (2.2.29) |
| **10 Sulphated Ash, max. %** | | | | |
| (or Residue on Ignition) | ≤ 2.5 | 1:200 | SA-014 | Ph. Eur. (2.4.14) |

---

[1] Where lot test frequency is less than 1:1, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures have been cross-validated with the identified compendial procedure(s), unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Benzene is the only solvent used in the manufacturing process of this product.
[5] Since the USP monograph specifies a limit for benzene, the OVI test limit for benzene is superceded by the monograph limit.
[6] These OVI solvents are not used in the manufacturing process of this product.

**noveon**
The Specialty Chemicals Innovator®

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2003 Noveon, Inc.



Carbopol 940 NF.doc
January, 2003

WA 003712

EXHIBIT 50
Page 2

Product Specification                                      Carbopol® 941 NF Polymer



**HIGH PERFORMANCE POLYMERS**

- Carbopol 941NF polymer meets the *USP 26/NF 21* monograph for "Carbomer 941"
- Carbopol 941NF polymer meets the *Japanese Pharmaceutical Excipients* monograph for "Carboxyvinyl Polymer"

|  | Specification | Lot Test Frequency[1] | Standard Test Procedure | |
|---|---|---|---|---|
|  |  |  | Noveon, Inc.[2] | Compendial |
| **General:** |  |  |  |  |
| Appearance | White, fluffy powder | — | — | — |
| Odor | Slightly acetic | — | — | — |
| 1 **Identification** |  |  |  |  |
| Colorimetric test | Pass | 1:200 | SA-026 | Ph.Eur. and USP/NF |
| Gel formation test | Pass | 1:1 | SA-027 |  |
| 2 **Carboxylic Acid Content** |  |  |  |  |
| Assay, % | 56.0-68.0 | 1:1 | 1318-A | USP/NF Carbomer 934P |
| 3 **Viscosity[3], cP** |  |  |  |  |
| 0.5% dispersion | 4,000-10,000 | 1:1 | 430-I | Ph.Eur. and USP/NF <911> |
| 4 **Loss on Drying, max. %** |  |  |  |  |
| Moisture Content | ≤ 2.0 | 1:1 | SA-004 | Ph.Eur. (2.2.32) and USP/NF |
| 5 **Heavy Metals, max. ppm** |  |  |  |  |
| All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200 | SA-011 | Ph.Eur. (2:4.8) and USP/NF <231> Method II |
| Specific Metals: Hg, Pb, As, Sb | ≤ 10 | 1:200 | SA-012 | JPE |
| 6 **Residual Solvent[4], max. ppm** |  |  |  |  |
| Benzene | ≤ 1,000 | 1:1 | SA-006 | Ph.Eur. (2.4.24) |
| 7 **Organic Volatile Impurities, max. ppm** |  |  |  |  |
| Benzene[5] | N/A | — | — | — |
| Chloroform[6] | ≤ 60 | — | — | Ph. Eur (2.4.24) |
| 1,4 Dioxane[6] | ≤ 380 | — | — | Ph. Eur (2.4.24) |
| Methylene Chloride[6] | ≤ 600 | — | — | Ph. Eur (2.4.24) |
| Trichloroethylene[6] | ≤ 80 | — | — | Ph. Eur (2.4.24) |
| 8 **Residual Monomer, max. ppm** |  |  |  |  |
| Free Acrylic Acid | ≤ 2,500 | 1:1 | SA-005 | Ph.Eur. (2.2.29) |
| 9 **Sulphated Ash, max. %** |  |  |  |  |
| (or Residue on Ignition) | ≤ 2.5 | 1:200 | SA-014 | Ph.Eur. (2.4.14) |

[1] Where lot test frequency is less than 1:1, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures have been cross-validated with the identified compendial procedure(s), unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Benzene is the only solvent used in the manufacturing process of this product.
[5] Since the monograph specifies a limit for benzene, the OVI test limit for benzene is superceded by the monograph limit.
[6] These OVI solvents are not used in the manufacturing process of this product.



**noveon**
The Specialty Chemicals Innovator®

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2003 Noveon, Inc.



Carbopol 941 NF.doc
January, 2003

WA 003713

EXHIBIT 50
Page 3

## Product Specification — Carbopol® 971P NF Polymer



Carbopol 971P NF meets the following monographs:
- *USP 26/NF 21* monograph for "Carbomer 941"
- *British Pharmacopeia* monograph for "Carbomers"
- *Japanese Pharmaceutical Excipients* monograph for "Carboxyvinyl Polymer"
- *European Pharmacopeia* monograph for "Carbomers"

| | | Specification | Lot Test Frequency[1] | Standard Test Procedure Noveon, Inc.[2] | Standard Test Procedure Compendial |
|---|---|---|---|---|---|
| | **General:** | | | | |
| | Appearance | White, Fluffy Powder | -- | -- | -- |
| | Odor | Slightly Acetic | -- | -- | -- |
| 1 | **Identification** | | | | |
| | Colorimetric test | Pass | 1:200 | SA-026 | Ph.Eur. and USP/NF |
| | Gel formation test | Pass | 1:1 | SA-027 | " |
| | IR Reference | Pass | -- | -- | Ph.Eur. (2.2.24) |
| 2 | **Carboxylic Acid Content** | | | | |
| | Assay, % | 56.0 – 68.0 | 1:1 | 1318A | USP/NF Carbomer 934P |
| 3 | **Viscosity[3], cP** | | | | |
| | 0.5% dispersion | 4,000 – 11,000 | 1:1 | 430-I | Ph.Eur. and USP/NF <911> |
| 4 | **Loss on Drying, max. %** | | | | |
| | Moisture Content | $\leq 2.0$ | 1:1 | SA-004 | Ph.Eur. (2.2.32) and USP/NF |
| 5 | **Heavy Metals, max. ppm** | | | | |
| | All metal colored or precipitated by sulfide ion reported as Pb. | $\leq 20$ | 1:200 | SA-011 | Ph.Eur. (2.4.8) and USP/NF <231> Method II |
| | Specific Metals: Hg, Pb, As, Sb | $\leq 10$ | • | SA-012 | JPE |
| 6 | **Residual Solvent[4], max. %** | | | | |
| | Ethyl Acetate | $\leq 0.50$ | 1:1 | SA-009[5] | Ph.Eur. (2.4.24) |
| 7 | **Organic Volatile Impurities, max. ppm** | | | | |
| | Benzene[4] | $\leq 0.5$ | 1:1 | SA-064[5] | -- |
| | Chloroform[6] | $\leq 60$ | -- | -- | Ph.Eur. (2.4.24) |
| | 1,4 Dioxane[6] | $\leq 380$ | -- | -- | Ph.Eur. (2.4.24) |
| | Methylene Chloride[6] | $\leq 600$ | -- | -- | Ph.Eur. (2.4.24) |
| | Trichloroethylene[6] | $\leq 80$ | -- | -- | Ph.Eur. (2.4.24) |
| 8 | **Residual Monomer, max. ppm** | | | | |
| | Free Acrylic Acid | $\leq 1,000$ | 1:1 | SA-005 | Ph.Eur. (2.2.29) |
| 9 | **Sulphated Ash, max. %** | | | | |
| | (or Residue on Ignition) | $\leq 2.5$ | 1:200 | SA-014 | Ph.Eur. (2.4.14) |

[1] Where lot test frequency is less than 1:1 or not tested, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures have been cross-validated with the identified compendial procedure(s), unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Ethyl acetate is the only solvent used in the manufacturing process of this product. Benzene is tested due to it being a potential impurity.
[5] Noveon, Inc. Test Procedures SA-009 and SA-064 are being cross-validated against Ph.Eur. compendial test procedures.
[6] These OVI solvents are not used in the manufacturing process of this product.



Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2003 Noveon, Inc.



Carbopol 971P NF.doc
January, 2003

WA 003714

EXHIBIT 50
Page 4

**Product Specification**  **Carbopol® 974P NF Polymer**



## CARBOPOL®
### HIGH PERFORMANCE POLYMERS

Carbopol 974P NF polymer meets the current edition of the following monographs:
- *USP/NF* monograph for "Carbomer 934P"
- *Japanese Pharmaceutical Excipients* monograph for "Carboxyvinyl Polymer"
- *European Pharmacopeia* monograph for "Carbomers"

|  | Specification | Lot Test Frequency[1] | Standard Test Procedure Noveon, Inc.[2] | Standard Test Procedure Compendial |
|---|---|---|---|---|
| **General:** |  |  |  |  |
| Appearance | White, Fluffy Powder | -- | -- | -- |
| Odor | Slightly Acetic | -- | -- | -- |
| **1 Identification** |  |  |  |  |
| Colorimetric test | Pass | 1:200 | SA-026 | Ph.Eur. and USP/NF |
| Gel formation test | Pass | 1:1 | SA-027 | -- |
| IR Reference | Pass | -- | -- | Ph.Eur. (2.2.24) |
| **2 Carboxylic Acid Content** |  |  |  |  |
| Assay, % | 56.0 - 68.0 | 1:1 | 1318-A | Ph.Eur. and USP/NF Carbomer 934P |
| **3 Viscosity[3], cP** |  |  |  |  |
| 0.5% dispersion | 29,400 – 39,400 | 1:1 | 430-I | Ph.Eur. and USP/NF <911> |
| **4 Loss on Drying, max. %** |  |  |  |  |
| Moisture Content | ≤ 2.0 | 1:1 | SA-004 | Ph.Eur. (2.2.32) and USP/NF |
| **5 Heavy Metals, max. ppm** |  |  |  |  |
| All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200 | SA-011 | Ph.Eur. (2.4.8) and USP/NF <231> Method II |
| Specific Metals: Hg, Pb, As, Sb | ≤ 10 |  | SA-012 | JPE |
| **6 Residual Solvent[4], max. %** |  |  |  |  |
| Ethyl Acetate | ≤ 0.50 | 1:1 | SA-009[5] | -- |
| **7 Organic Volatile Impurities, max. ppm** |  |  |  |  |
| Benzene[4] | ≤ 0.5 | 1:1 | SA-064 | Ph.Eur. (2.4.24) |
| Chloroform[6] | ≤ 60 | -- | -- | Ph.Eur. (2.4.24) |
| 1,4 Dioxane[6] | ≤ 380 | -- | -- | Ph.Eur. (2.4.24) |
| Methylene Chloride[6] | ≤ 600 | -- | -- | Ph.Eur. (2.4.24) |
| Trichloroethylene[6] | ≤ 80 | -- | -- | Ph.Eur. (2.4.24) |
| **8 Residual Monomer, max. ppm** |  |  |  |  |
| Free Acrylic Acid | ≤ 1,000 | 1:1 | SA-005 | Ph. Eur. (2.2.29) |
| **9 Sulphated Ash, max. %** |  |  |  |  |
| (or Residue on Ignition) | ≤ 2.5 | 1:200 | SA-014 | Ph.Eur. (2.4.14) |

[1] Where lot test frequency is less than 1:1 or not tested, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures are either equivalent to the compendial method or have been validated unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Ethyl acetate is the only solvent used in the manufacturing process of this product. Benzene is tested due to it being a potential impurity.
[5] Noveon, Inc. Test Procedure SA-009 is being cross-validated against Ph.Eur. compendial test procedures.
[6] These OVI solvents are not used in the manufacturing process of this product.



**noveon**
The Specialty Chemicals Innovator™

**Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000**

® Trademark of Noveon, Inc.
© Copyright 2005 Noveon, Inc.



Carbopol 974P NF.doc
April 6, 2005

WA 003715

EXHIBIT 50
Page 5

**Product Specification**                                    Carbopol® 980 NF Polymer



### HIGH PERFORMANCE POLYMERS

Carbopol 980 NF meets the following monographs:
- *USP 26/NF 21* monograph for "Carbomer 940"
- *British Pharmacopeia* monograph for "Carbomers"
- *Japanese Pharmaceutical Excipients* monograph for "Carboxyvinyl Polymer"
- *European Pharmacopeia* monograph for "Carbomers"
- *DAB 1997* for "Carbomer zur äusseren Anwendung"

|    |                                                  | Specification        | Lot Test Frequency[1] | Standard Test Procedure | |
|----|--------------------------------------------------|----------------------|-----------------------|-------------------------|---|
|    |                                                  |                      |                       | Noveon, Inc.[2]         | Compendial |
|    | **General:**                                     |                      |                       |                         |   |
|    | Appearance                                       | White, Fluffy Powder | —                     | —                       | — |
|    | Odor                                             | Slightly Acetic      | —                     | —                       | — |
| 1  | **Identification**                               |                      |                       |                         |   |
|    | Colorimetric test                                | Pass                 | 1:200                 | SA-026                  | Ph.Eur. and USP/NF |
|    | Gel formation test                               | Pass                 | 1:1                   | SA-027                  |   |
|    | IR Reference                                     | Pass                 | —                     |                         | Ph.Eur. (2.2.24) |
| 2  | **Carboxylic Acid Content**                      |                      |                       |                         |   |
|    | Assay, %                                         | 56.0 - 68.0          | 1:1                   | 1318-A                  | USP/NF Carbomer 934P |
| 3  | **Viscosity[3], cP**                             |                      |                       |                         |   |
|    | 0.5% dispersion                                  | 40,000 – 60,000      | 1:1                   | 430-I                   | Ph.Eur. and USP/NF <911> |
|    | 0.2% dispersion                                  | 13,000 - 30,000      |                       |                         |   |
| 4  | **Clarity, % Transmission**                      |                      |                       |                         |   |
|    | Neutralized 0.5% dispersion, 420 nm              | ≥85                  | 1:1                   | 485-D                   | — |
| 5  | **Loss on Drying, max. %**                       |                      |                       |                         |   |
|    | Moisture Content                                 | ≤ 2.0                | 1:1                   | SA-004                  | Ph.Eur. (2.2.32) and USP/NF |
| 6  | **Heavy Metals, max. ppm**                       |                      |                       |                         |   |
|    | All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200                 | SA-011                  | Ph.Eur. (2.4.8) and USP/NF <231> Method II |
|    | Specific Metals: Hg, Pb, As, Sb                  | ≤ 10                 | 1:200                 | SA-012                  | JPE |
| 7  | **Residual Solvent[4], max. %**                  |                      |                       |                         |   |
|    | Ethyl Acetate                                    | ≤ 0.30               | 1:1                   | SA-009[5]               | Ph.Eur. (2.4.24) |
|    | Cyclohexane                                      |                      |                       |                         |   |
| 8  | **Organic Volatile Impurities, max. ppm**        |                      |                       |                         |   |
|    | Benzene[4]                                       | ≤0.5                 | 1:1                   | SA-064[5]               | — |
|    | Chloroform[6]                                    | ≤60                  | —                     | —                       | Ph.Eur. (2.4.24) |
|    | 1,4 Dioxane[6]                                   | ≤ 380                | —                     | —                       | Ph.Eur. (2.4.24) |
|    | Methylene Chloride[6]                            | ≤ 600                | —                     | —                       | Ph.Eur. (2.4.24) |
|    | Trichloroethylene[6]                             | ≤ 80                 | —                     | —                       | Ph.Eur. (2.4.24) |
| 9  | **Residual Monomer, max. ppm**                   |                      |                       |                         |   |
|    | Free Acrylic Acid                                | ≤ 2,500              | 1:1                   | SA-005                  | Ph.Eur. (2.2.29) |
| 10 | **Sulphated Ash, max. %**                        |                      |                       |                         |   |
|    | (or Residue on Ignition)                         | ≤ 2.5                | 1:200                 | SA-014                  | Ph.Eur. (2.4.14) |

---

[1] Where lot test frequency is less than 1:1 or not tested, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures have been cross-validated with the identified compendial procedure(s), unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Ethyl acetate and cyclohexane are the only solvents used in the manufacturing process of this product. Benzene is tested due to it being a potential impurity.
[5] Noveon, Inc. Test Procedures SA-009 and SA-064 are being cross-validated against Ph.Eur. compendial test procedures.
[6] These OVI solvents are not used in the manufacturing process of this product.



The Specialty Chemicals Innovator®

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2003 Noveon, Inc.



Carbopol 980 NF.doc
January, 2003

WA 003716

EXHIBIT 50
Page 6

## Product Specification        Carbopol® 1342 NF



**HIGH PERFORMANCE POLYMERS**

Carbopol 1342 NF meets the following monographs:
- *USP 26/NF 21* monograph for "Carbomer 1342"

|  |  | Specification | Lot Test Frequency[1] | Standard Test Procedure | |
|---|---|---|---|---|---|
|  |  |  |  | Noveon, Inc.[2] | Compendial |
|  | **General:** |  |  |  |  |
|  | Appearance | White, fluffy powder | — | — | — |
|  | Odor | Slightly acetic | — | — | — |
| 1 | Identification |  |  |  |  |
|  | Colorimetric test | Pass | 1:200 | SA-026 | Ph. Eur. & USP/NF |
|  | Gel formation test | Pass | 1:1 | SA-027 | Ph. Eur. & USP/NF |
| 2 | **Carboxylic Acid Content** |  |  |  |  |
|  | Assay, % | 52.0–62.0 | 1:1 | 1318-A | Ph. Eur. & USP/NF |
| 3 | **Viscosity[3], cP** |  |  |  |  |
|  | 1.0% dispersion | 9,500–26,500 | 1:1 | 430-I | Ph. Eur. & USP/NF |
|  | 1.0% dispersion with 1.0% salt | 5,500–15,000 | 1:1 | SA-016 | — |
| 4 | **Loss on Drying, max. %** |  |  |  |  |
|  | Moisture Content | ≤ 2.0 | 1:1 | SA-004 | Ph. Eur. (2.2.32) & USP/NF |
| 5 | **Heavy Metals, max. ppm** |  |  |  |  |
|  | All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200 | SA-011 | Ph. Eur. (2.4.8) & USP/NF <231> Method II |
|  | Specific Metals: Hg, Pb, As, Sb | ≤ 10 | 1:200 | SA-012 | JPE |
| 6 | **Residual Solvent[4], max. ppm** |  |  |  |  |
|  | Benzene | ≤ 1,000 | 1:1 | SA-006 | USP/NF <467> |
| 7 | **Organic Volatile Impurities, max. ppm** |  |  |  |  |
|  | Benzene[5] | N/A | — | — | — |
|  | Chloroform[6] | ≤ 60 | — | — | Ph. Eur. (2.4.24) |
|  | 1,4 Dioxane[6] | ≤ 380 | — | — | Ph. Eur. (2.4.24) |
|  | Methylene Chloride[6] | ≤ 600 | — | — | Ph. Eur. (2.4.24) |
|  | Trichloroethylene[6] | ≤ 80 | — | — | Ph. Eur. (2.4.24) |
| 8 | **Residual Monomer, max. ppm** |  |  |  |  |
|  | Free Acrylic Acid | ≤ 2,500 | 1:1 | SA-005 | Ph. Eur. (2.2.29) |
| 9 | **Sulphated Ash, max. %** |  |  |  |  |
|  | (or Residue on Ignition) | ≤ 2.5 | 1:200 | SA-014 | Ph. Eur. (2.4.14) |

[1] Where lot test frequency is less than 1:1, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures have been cross-validated with the identified compendial procedure(s), unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Benzene is the only solvent used in the polymerization of this product.
[5] Since the monograph specifies a limit for benzene, the OVI test limit for benzene is superceded by the monograph limit.
[6] These OVI solvents are not used in the manufacturing process of this product.

**noveon**
The Specialty Chemicals Innovator™

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2003 Noveon, Inc.



Carbopol 1342 NF.doc
January, 2003

WA 003717

EXHIBIT 50
Page 7

## Product Specification — Carbopol® Ultrez 10 NF Polymer



**CARBOPOL®**
HIGH PERFORMANCE POLYMERS

Carbopol® Ultrez 10 NF polymer meets the USP 26/NF 21 monograph for "Carbomer Interpolymer Type A"

|  | Specification | Lot Test Frequency[1] | Standard Test Procedure Noveon, Inc.[2] | Standard Test Procedure Compendial |
|---|---|---|---|---|
| **General:** |  |  |  |  |
| Appearance | White, Fluffy Powder | — | — | — |
| Odor | Slightly Acetic | — | — | — |
| **1 Identification** |  |  |  |  |
| Infrared spectrum test | Pass | 1:200 | — | USP/NF <197K> |
| Wet-out test (max.) | 60 min. | 1:1 | — | USP/NF Carbomer Interpolymer ID Test B |
| Gel formation test | Pass | 1:1 | SA-027 | USP/NF Carbomer Interpolymer ID Test C |
| **2 Carboxylic Acid Content** |  |  |  |  |
| Assay, % | 52.0 – 62.0 | 1:1 | 1318-A | USP/NF Carbomer 934P |
| **3 Viscosity[3], cP** |  |  |  |  |
| 0.5% dispersion | 45,000 – 65,000 | 1:1 | 430-I | USP/NF <911> |
| **4 Loss on Drying, max. %** |  |  |  |  |
| Moisture Content | ≤ 2.0 | 1:1 | SA-004 | Ph.Eur. (2.2.32) and USP/NF |
| **5 Heavy Metals, max. ppm** |  |  |  |  |
| All metal colored or precipitated by sulfide ion reported as Pb. | ≤ 20 | 1:200 | SA-011 | Ph.Eur. (2.4.8) and USP/NF <231> Method II |
| Specific Metals: Hg, Pb, As, Sb | ≤ 10 | * | SA-012 | JPE |
| **6 Residual Solvent[4], max. %** |  |  |  |  |
| Ethyl Acetate | ≤ 0.35 | 1:1 | SA-009 | USP/NF Carbomer Interpolymer |
| Cyclohexane | ≤ 0.15 | 1:1 | SA-009 | USP/NF Carbomer Interpolymer |
| **7 Organic Volatile Impurities, max. ppm** |  |  |  |  |
| Benzene[4] | ≤ 0.5 | 1:1 | SA-064 | Ph.Eur. (2.4.24) |
| Chloroform[5] | ≤ 60 | — | — | " |
| 1,4 Dioxane[5] | ≤ 380 | — | — | " |
| Methylene Chloride[5] | ≤ 600 | — | — | " |
| Trichloroethylene[5] | ≤ 80 | — | — | " |
| **8 Residual Monomer, max. %** |  |  |  |  |
| Free Acrylic Acid | ≤ 0.25 | 1:1 | SA-005 | USP/NF Carbomer Copolymer |
| **9 Sulphated Ash, max. %** |  |  |  |  |
| (or Residue on Ignition) | ≤ 2.5 | 1:200 | SA-014 | Ph.Eur. (2.4.14) |

---

[1] Where lot test frequency is less than 1:1 or not tested, statistical quality control determines the parameter to be within specification limits. Actual values are not reported on the COA, but compliance within established limits is assured.
[2] Noveon, Inc. Test Procedures are either equivalent to the compendial method or have been validated, unless otherwise specified.
[3] Brookfield viscometer at 20 rpm, 25°C using a neutralized dispersion.
[4] Ethyl acetate and cyclohexane are the only solvents used in the manufacturing process of this product. Benzene is tested due to it being a potential impurity.
[5] These OVI solvents are not used in the manufacturing process of this product.



**noveon**
The Specialty Chemicals Innovator™

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon IP Holdings Corp.
© Copyright 2003 Noveon, Inc.



Carbopol Ultrez 10 NF.doc
May, 2003

WA 003718

EXHIBIT 50
Page 8



**noveon**
The Specialty Chemicals Innovator™

Edition: September 16, 2003

# Carbopol® Ultrez 21 Polymer
## Product Specifications

### General

Appearance:  Fluffy, White Powder
Odor:  Slightly Acetic

| | ACTIVE (%) | MINIMUM | MAXIMUM | TEST FREQUENCY | NOVEON PROCEDURE NUMBER |
|---|---|---|---|---|---|
| **Wetting Time:** (minutes) | 0.5 (Dispersion) | – | 6 | Each Lot | SA-051A |
| **Brookfield RVF or RVT Viscosity, (mPa·s):** (20 rpm at 25°C, spindle #7) | 0.5 (mucilage* at pH 5.8 – 6.3) | 45,000 | 65,000 | Each Lot | SA-051A |
| **Loss on Drying / Moisture Content (%):** | – | – | 2.0 | Once/10 Lots | SA-004 |
| **Clarity (% Transmission):** 420 nm wavelength | 0.5 (mucilage* at pH 5.8 – 6.3) | 92 | – | Each Lot | 485-D |
| **Residual Solvent (%):** Ethyl Acetate + Cyclohexane | – | – | 0.45 | Each Lot | SA-009 |
| **Heavy Metals (ppm):** (Pb, As, Hg, Sb) | – | – | 10 | Once / 200 Lots | SA-012 |

*A mucilage is defined as an active acidic polymer dispersion in water neutralized with a base, preferably NaOH, to a specified pH.

NOTE:  Noveon Standard Test Procedure should be followed to insure reproducibility with Certificate of Analysis results. Test Procedures are available at www.carbopol.com or upon request.

Original: January, 2002
Previous Edition:  August 13, 2002

**noveon**
The Specialty Chemicals Innovator™



The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control.  The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

*Trademark of Noveon IP Holdings Corp.
© Copyright 2003 Noveon, Inc.

WA 003719

EXHIBIT 50
Page 9


The Specialty Chemicals Innovator™

Edition: August 13, 2002

# Carbopol® EZ-2 Polymer
## Product Specifications

**General:** White powder
Slight acetic odor

| Product Specification | Limits | Test Frequency | Noveon Test Procedure Number |
|---|---|---|---|
| 0.5% Dispersion Wetting Time: (Minutes) | 8 Max. | Once / Lot | SA-051A |
| Brookfield RVT Viscosity, (mPa·s): 0.5% mucilage* at pH 7.3 - 7.8 (20 rpm at 25°C, spindle #7) | 50,000 – 70,000 | Once / Lot | SA-051A |
| Loss on Drying | Max. 3% | Once / 10 Lots | SA-004 |

*A mucilage is defined as an active acidic polymer dispersion in water neutralized with a base, preferably NaOH, to a specified pH.

NOTE: Noveon Standard Test Procedures should be followed to insure reproducibility with Certificate of Analysis results. Test Procedures available at www.carbopol.com or upon request.

Previous Editions: November, 2001
Original: May, 1995

**noveon.** 
The Specialty Chemicals Innovator™

The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.
Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

*Trademark of Noveon IP Holdings Corp.
© Copyright 2002 Noveon, Inc.

WA 003720

EXHIBIT 50
Page 10


The Specialty Chemicals Innovator™

Edition: August 13, 2002

# Carbopol® EZ-3 Polymer
## Product Specifications

General:   White powder
          Slight acetic odor

| Product Specification | Minimum | Maximum | Test Frequency | Noveon Test Procedure |
|---|---|---|---|---|
| **Brookfield RVF or RVT Viscosity, (mPa·s):** 0.5% mucilage* at pH 5.8 – 6.3 (20 rpm at 25°C, spindle #7) | 45,000 | 65,000 | Once / Lot | SA-051A |
| **Residual Solvent:** (Ethyl Acetate + Cyclohexane) (%) | 0 | 0.45 | Once / Lot | SA-009 |
| **Loss on Drying:** (%) | 0 | 3 | Once / 10 Lots | SA-004 |

*A mucilage is defined as an active acidic polymer dispersion in water neutralized with a base, preferably NaOH, to a specified pH.

NOTE: Noveon Standard Test Procedures should be followed to insure reproducibility with Certificate of Analysis results. Test Procedures available at www.carbopol.com or upon request.

Previous Editions: July, 2002 / November, 2001
Original: March, 2001

**noveon**
The Specialty Chemicals Innovator™



The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, which conditions or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

*Trademark of Noveon IP Holdings Corp.
© Copyright 2002 Noveon, Inc.

WA 003721

EXHIBIT 50
Page 11



POLYMERS
FOR
PERSONAL
CARE



The Specialty Chemicals Innovator®

November 2001

# Carbopol® ETD 2020 Polymer
## Product Specifications

### General

Appearance:   Fluffy, White Powder
Odor:         Slightly Acetic

| Product Specification | Minimum | Maximum | Test Frequency | Noveon Test Procedure |
|---|---|---|---|---|
| Viscosity at pH 5.8-6.3, 1.0% Mucilage* Brookfield RVT, 20 rpm at 25 °C (mPa·s) | 47,000 | 77,000 | Once / Lot | SA-003 |
| Salt Viscosity at pH 7.3-7.8, 1.0% Mucilage* Brookfield RVT, 20 rpm at 25 °C (mPa·s) | 4,000 | 10,000 | Once / Lot | SA-016 |
| Moisture Content (Loss on Drying) (%) | 0 | 2.0 | Once / 10 Lots | SA-004 |
| Heavy Metals Pb, As, Hg, Sb (ppm) | 0 | 10 | Once / 200 Lots | SA-012 |
| Residual Solvent Ethyl Acetate + Cyclohexane (%) | 0 | 0.5 | Once / Lot | SA-009 |

\* A mucilage is defined as an active polymer dispersion in water neutralized with a base, preferably NaOH, to a specified pH.

NOTE: Noveon Standard Test Procedures should be followed to insure reproducibility with Certificate of Analysis results. Test Procedures available at www.carbopol.com or upon request.

Original Issue: August 1999






WA 003722

EXHIBIT 50
Page 12


**The Specialty Chemicals Innovator**™

# Carbopol® Aqua 30 Polymer
## Product Specifications
Edition: November, 2002

### General

Appearance: White-colored liquid, free of foreign materials
Odor: Low characteristic odor

| Product Specification | Minimum | Maximum | Noveon, Inc. Test Procedure |
|---|---|---|---|
| Total Solids, As Supplied (weight %) | 28.5 | 31.5 | 745-C |
| pH, as supplied | 2.2 | 3.8 | 92-B |
| Viscosity, As Supplied, Diluted to min Total Solids Brookfield LV, 60 rpm at 25°C (mPa·s) | 2 | 25 | 94-D |
| Viscosity, Mucilage* Brookfield RVT, 20 rpm at 25°C (mPa·s) | 2,500 | 6,500 | SAF-067 |
| Salt Viscosity, Mucilage* with 0.2% NaCl Brookfield RVT, 20 rpm at 25°C (mPa·s) | 400 | 1,200 | SAF-067 |
| Turbidity, Mucilage* (NTU) | 0 | 50 | SAF-067 |

* A mucilage is defined as a 1% active polymer dispersion in water neutralized to pH 7.5 with NaOH.

NOTE: Noveon Standard Test Procedures should be followed to insure reproducibility with Certificate of Analysis results. Test Procedures available at www.carbopol.com or upon request.

Original: February, 1998
Previous Edition: December, 2000

**noveon** — The Specialty Chemicals Innovator™

The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

*Trademark of Noveon IP Holdings Corp.
© Copyright 2003 Noveon, Inc.

WA 003723

EXHIBIT 50
Page 13



**GLOBAL. INNOVATIVE. LEADING EDGE TECHNOLOGY. QUALITY**

**Carbopol® 674 Polymer**
**Product Specifications**
Edition: November, 2001

**General:** White powder
Slight acetic odor

| Product Specification | Limits | Test Frequency | Noveon, Inc. Test Procedure Number* |
|---|---|---|---|
| 0.2% Mucilage Viscosity, cP (Brookfield 20 rpm @ 25°C) | 3,500 – 8,500 | Once / 3 Lots | SA-003 |
| 0.5% Mucilage Viscosity, cP (Brookfield 20 rpm @ 25°C) | 5,000 – 13,000 | Once / Lot | SA-003 |
| Loss on Drying | Max 3% | Once / 10 Lots | SA-004 |

Date of issue 5/95

*Test Procedures are available on request





The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2001 Noveon, Inc.

WA 003724

EXHIBIT 50
Page 14



**GLOBAL, INNOVATIVE, LEADING EDGE TECHNOLOGY, QUALITY**

Carbopol® 676 Polymer
Product Specifications
Edition: November, 2001

**General:** White powder
Slight acetic odor

| Product Specification | Limits | Test Frequency | Noveon, Inc. Test Procedure Number* |
|---|---|---|---|
| 0.5% Mucilage Viscosity, cP (Brookfield 20 rpm @ 25°C) | 45,000 – 80,000 | Once / Lot | SA-003 |
| Loss on Drying | Max 3% | Once / 10 Lots | SA-004 |

Date of issue: 5/95

*Test Procedures are available on request


*The Specialty Chemicals Innovator®*



The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be construed as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2001 Noveon, Inc.

WA 003725

EXHIBIT 50
Page 15



GLOBAL. INNOVATIVE. LEADING EDGE TECHNOLOGY. QUALITY

## Carbopol® ETD 2623 Polymer
## Product Specifications
Edition: November, 2001

**General**

Appearance:   White powder
Odor:         Slight acetic

| Product Specification | Minimum | Maximum | Test Frequency | Noveon, Inc. Test Procedure |
|---|---|---|---|---|
| Viscosity, 1.0% Mucilage* Brookfield RVT, 20 rpm at 25 °C (mPa·s) | 40,000 | 80,000 | Once / Lot | SA-003 |
| Moisture Content (Loss on Drying) (%) | 0 | 3 | Once / 10 Lots | SA-004 |
| Residual Solvent (Ethyl Acetate + Cyclohexane) (%) | 0 | 1 | Once / Lot | SA-009 |

* A mucilage is defined as a polymer dispersion in water neutralized to pH 6.0 with NaOH.

NOTE: Noveon Standard Test Procedures should be followed to insure reproducibility with Certificate of Analysis results. Test Procedures available at www.carbopol.com or upon request.

Original: May, 1995

**noveon.**
The Specialty Chemicals Innovator®



The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.
Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2001 Noveon

WA 003726

EXHIBIT 50
Page 16



GLOBAL. INNOVATIVE. LEADING EDGE TECHNOLOGY. QUALITY

**Carbopol® ETD 2691 Polymer**
**Product Specifications**
Edition: November, 2001

**General:** White powder
Slight acetic odor

| Product Specification | Limits | Test Frequency | Noveon, Inc. Test Procedure Number* |
|---|---|---|---|
| 0.5% Mucilage Viscosity, cP (Brookfield 20 rpm @ 25°C) | 8,000 – 17,000 | Once / Lot | SA-003 |
| Loss on Drying | Max 3% | Once / 10 Lots | SA-004 |

Date of issue 5/95

*Test Procedures are available on request


The Specialty Chemicals Innovator®



The information contained herein is believed to be reliable, but no representations, guarantees or warranties of any kind are made as to its accuracy, suitability for particular applications or the results to be obtained therefrom. The information is based on laboratory work with small-scale equipment and does not necessarily indicate end product performance. Because of the variations in methods, conditions and equipment used commercially in processing these materials, no warranties or guarantees are made as to the suitability of the products for the application disclosed. Full-scale testing and end product performance are the responsibility of the user. Noveon, Inc. shall not be liable for and the customer assumes all risk and liability of any use or handling of any material beyond Noveon's direct control. The SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. Nothing contained herein is to be considered as permission, recommendation, nor as an inducement to practice any patented invention without permission of the patent owner.

Noveon, Inc. / 9911 Brecksville Road, Cleveland, Ohio 44141-3247 / TEL: 800-379-5389 or 216-447-5000

® Trademark of Noveon, Inc.
© Copyright 2001 Noveon, Inc.

WA 003727

EXHIBIT 50
Page 17