IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNIMED PHARMACEUTICALS,
INC., a Delaware Corporation, et al.,

  Plaintiffs,

v.

WATSON PHARMACEUTICALS,
INC., a Nevada Corporation,

  Defendant.

CIVIL ACTION FILE

NO. 1:03-CV-2501-TWT

ORDER

This is a patent infringement action. It is before the Court on the Defendant's Motion to Strike [Doc. 109] or to Defer Ruling [Doc. 109] which is DENIED.

SO ORDERED, this 7 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge