# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNIMED PHARMACEUTICALS, INC., a Delaware corporation, and LABORATORIES BESINS ISCOVESCO, a Delaware corporation, <br><br>           Plaintiffs, <br><br> v. <br><br> WATSON PHARMACEUTICALS, INC., a Nevada corporation, <br><br>           Defendant. | No.   1:03-CV-2501 TWT |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between Unimed Pharmaceuticals, Inc., Laboratories Besins Iscovesco, and Watson Pharmaceuticals, Inc., through their undersigned counsel of record, that:

1.) This action be, and hereby is, voluntarily dismissed without prejudice, including all claims and counterclaims by and against all parties arising out of the pleadings in this action;

2.) Each party will bear its own costs and attorneys' fees; and

3.) This Court shall retain jurisdiction to enforce the terms of the settlement.

SO STIPULATED, this 14th day of September, 2006.

| | |
|---|---|
| /s/ Bradley W. Grout | /s/ David A. Rabin |
| Bradley W. Grout | David A. Rabin |
| Georgia Bar No. 313950 | Georgia Bar No. 591469 |
| HUNTON & WILLIAMS LLP | Morris, Manning & Martin LLP |
| 600 Peachtree Street, N.E., Suite 4100 | 1600 Atlanta Financial Center |
| Atlanta, Georgia 30308 | 3343 Peachtree Road, N.E. |
| Tel: (404) 888-4000 | Atlanta, Georgia 30326 |
| Fax: (404) 888-4190 | Tel: (404) 504-7752 |
| | Fax: (404) 365-9532 |
| | |
| James R. Ferguson | Barry S. White |
| Mayer, Brown, Rowe & Maw LLP | Frommer, Lawrence & Haug LLP |
| 71 South Wacker Drive | 745 Fifth Avenue |
| Chicago, Illinois 60606 | New York, New York 10151 |
| | |
| *Attorneys for Unimed Pharmaceuticals, Inc. and Laboratories Besins Iscovesco* | *Attorneys for Watson Pharmaceuticals, Inc.* |